IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| YING C. LIN, a single woman, | Case No. 2:21-cv-00476-JHC |
| Plaintiff, | STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE |
| vs. | 6/21/2022 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, a foreign corporation, | Without Oral Argument |
| Defendant. | |

IT IS HEREBY stipulated and agreed by all parties hereto, through their undersigned attorneys of record, that all claims asserted by Plaintiff Ying C. Lin against Defendant State Farm Mutual Automobile Insurance Company in the above-entitled action be dismissed with prejudice without an award of attorney fees.

//

//

//

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE - 1

USDC WESTERN WASHINGTON CAUSE NO. 2:21-cv-00476
4881-9197-6997.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1  SIGNED this <u>17th</u> day of June, 2022                SIGNED this <u>21st</u> day of June, 2022

2

3

4  <u>*s/ Michael L. Jacobs*</u>                                     <u>*s/ Gregory S. Worden*</u>
   Michael L. Jacobs, WSBA #507                     Gregory S. Worden, WSBA #24262

5

6  <u>*s/ Jeffery M. Jacobs*</u>                                     <u>*s/ Erin M. Thenell*</u>
   Jeffery M. Jacobs, WSBA #41439              Erin M. Thenell, WSBA #51449

7  Jacobs Law Group                                        1111 Third Avenue, Suite 2700

8  4554 Thackeray Pl NE                                 Seattle, Washington 98101
   Seattle, WA 98105-4842                             (206) 436-2020 / (206) 436-2030 Fax

9  (206) 547-1105                                            Gregory.Worden@lewisbrisbois.com
   mike@jacobslawseattle.com                       Erin.Thenell@lewisbrisbois.com

10 jeff@jacobslawseattle.com
   Attorneys for Plaintiff Ying C. Lin              Attorneys for Defendant State Farm Mutual

11                                                                Automobile Insurance Company

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE - 2

USDC WESTERN WASHINGTON CAUSE NO. 2:21-cv-00476
4881-9197-6997.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1

**ORDER**

2

Pursuant to the foregoing Stipulation, IT IS HEREBY ORDERED that all claims of

3

Plaintiff Ying C. Lin against Defendant State Farm Mutual Automobile Insurance Company in the

4

above-entitled matter are dismissed with prejudice and without attorney fees or costs to any party.

5

6

DATED this 21st day of June, 2022.

7

8

9

John H. Chun

10

John H. Chun
United States District Judge

11

12

*Presented by:*

13

LEWIS BRISBOIS BISGAARD & SMITH, LLP

14

15

*s/ Gregory S. Worden*
Gregory S. Worden, WSBA #24262

16

*s/ Erin M. Thenell*
Erin M. Thenell, WSBA #51449

17

18

19

JACOBS LAW GROUP

20

*s/ Michael L. Jacobs*
Michael L. Jacobs, WSBA #507

21

*s/ Jeffery M. Jacobs*
Jeffery M. Jacobs, WSBA #41439

22

23

24

25

26

27

STIPULATION AND ORDER FOR DISMISSAL WITH
PREJUDICE - 3

USDC WESTERN WASHINGTON CAUSE NO. 2:21-cv-00476
4881-9197-6997.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020